```
                                                            FILED
                                                  UNITED STATES DISTRICT COURT
           IN THE UNITED STATES DISTRICT COURT         DENVER, COLORADO
              FOR THE DISTRICT OF COLORADO
                                                        SEP 11 2007
Civil Action No. 07-CV-01912 BnB          GREGORY C. LANGHAM
                                                               CLERK
```

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

DAVID J. SMITH,

    Plaintiff,

v.

KIMBERLY MARKILL (D.P.D.) Den. Colo.,
DEBORAH PAULSON (C.B.I., DPC, P.O., I.G.),
CAPT. FISHER (D.R.D.C. Officer Crew, etc.),
LIEUTENANT SHAEFFER (D.O.C. OFFICER) etc.,
SHERIFFS RUFF AND SANCHEZ (Pueblo County),
DISTRICT ATTORNEY DICK DICKERSON, Pueblo, CO.,
PUBLIC DEFENDER PAUL BRADFISH, Pueblo, CO., and
SAN CARLOS C.O. DEHERRERA, etc.,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) _X_ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other:_____.

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) _X_ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___10th___ day of ___September___, 2007.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-CV-01912

David J. Smith
Reg. No. 241301
Pueblo County Det. Ctr
909 Court St
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 9-11-07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk